# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARTHUR RAMIREZ,<br><br>            Plaintiff,<br><br>     v.<br><br>FERNANDO MATA, et al.,<br><br>            Defendants. | Case No. CV 11-1878-GW (JEM)<br><br>**JUDGMENT** |

     In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

     IT IS HEREBY ADJUDGED that this action be dismissed without leave to amend.

DATED: February 8, 2012

                                             GEORGE H. WU<br>
                                    UNITED STATES DISTRICT JUDGE